UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER SALASKER LUCAS,<br>    Plaintiff,<br>    v.<br>M. JACKSON, et al.,<br>    Defendants. | Case No. 19-cv-07024-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's order to file a complete *in forma pauperis* (IFP) application, or pay the full filing fee of $400.00. The IFP application lacks a properly completed Certificate of Funds. The one submitted lacks all relevant financial information and is unsigned. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (i) a properly completed Certificate of Funds; **or** (ii) full payment for the $400.00 filing fee. A properly completed Certificate provides all information the form asks for and is signed by an authorized prison officer.

Plaintiff's IFP motion is DENIED as insufficient. (Dkt. Nos. 2 and 6.) The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** December  9 , 2019

_____
RICHARD SEEBORG
United States District Judge