UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER SALASKER LUCAS,<br>　　　　Plaintiff,<br>　　v.<br>M. JACKSON, et al.,<br>　　　　Defendants. | Case No. 19-cv-07024-RS (PR)<br><br>**ORDER REOPENING ACTION** |

This federal civil rights action was dismissed because plaintiff failed to perfect his application to proceed *in forma pauperis* (IFP). (Dkt. No. 10.) Since dismissal, plaintiff has filed the appropriate IFP documents. Accordingly, this action is REOPENED. The Clerk shall modify the docket to reflect this. The judgment and the order of dismissal are VACATED. (Dkt. Nos. 10 and 11.) Plaintiff's motion to reopen is GRANTED. (Dkt. No. 13.) The complaint and the IFP motion will be addressed in future orders. The Clerk shall terminate Dkt. No. 13.

**IT IS SO ORDERED.**

**Dated:** May  4 , 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　United States District Judge